```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  JAMES M. HUMES
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  JAMES E. FLYNN
    Supervising Deputy Attorney General
 5  CONSTANCE L. PICCIANO, State Bar No. 66172
    Deputy Attorney General
 6    1300 I Street, Suite 125
      Post Office Box 944255
 7    Sacramento, CA 94244-2550
      Telephone: (916) 322-6453
 8    Facsimile: (916) 324-5205

 9  Attorneys for Defendant H. Weaver
    CA2002CX0048
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAI ALKEBU-LAN, <br><br> Plaintiff, <br><br> v. <br><br> K. WEAVER, et al., <br><br> Defendant. | No. CIV S-01-2286 JKS P <br><br> ▓▓▓▓▓▓ ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A LATE PRELIMINARY STATEMENT OF ISSUES |

The Court, having considered defendant's motion for leave to file a late preliminary statement of issues, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant's motion for leave to file after the expiration of time, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, is granted, and Defendant's preliminary statement of issues shall be filed and considered by the Court.

DATED: 9/15/2005

/s/ James K. Singleton
UNITED STATES DISTRICT JUDGE

CLP:tc
10035660.wpd

*[Proposed] Order Granting Defendant's*
*Motion for Leave to File Late Preliminary Statement of Issues*

1