UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAI ALKEBU-LAN,<br><br>                Plaintiff,<br><br>    vs.<br><br>K. WEAVER,<br><br>                Defendant. | No. 2:01-cv-02286-JKS(PC)<br><br>JUDGMENT |

       The Court having entered its Memorandum Decision and Order of even date herewith disposing of all issues raised,

       IT IS ORDERED, ADJUDGED AND DECREED THAT the complaint on file herein is DISMISSED, with prejudice, plaintiff to take nothing by way thereof, and judgment thereon is hereby entered thereon in favor of defendant.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal.  *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

       Dated: September 20, 2007

                                                                             s/ James K. Singleton, Jr.
                                                                              JAMES K. SINGLETON, JR.
                                                                               United States District Judge